HARITSA X. HALEPAS *v.* G. WILLIAM MALERBA

MALERBA'S SILVER CITY TIRE COMPANY, INC. *v.*
HARITSA X. HALEPAS ET AL.
(2776)
(2777)

DUPONT, C.P.J., BORDEN and DALY, Js.

Argued January 11—decision released March 19, 1985

*Edmund C. Tiryakian,* with whom, on the brief, was
*James M. Ullman,* for the appellants (defendant in the
first case, plaintiff in the second case).

*David M. Askinas,* with whom, on the brief, was
*Raynald B. Cantin,* for the appellees (plaintiff in the
first case, defendants in the second case).

PER CURIAM. The plaintiff in the first case, Haritsa
X. Halepas, brought an action for rent for premises
owned by Halepas and occupied by the defendant, G.
William Malerba. In a second action,[1] Malerba's Silver
City Tire Company, Inc., brought suit against Haritsa
X. and Peter Halepas, for damages and unjust enrich-
ment due to substantial improvements made by it to

---

[1] These cases were consolidated for trial.

the premises. The trial court rendered judgment for Halepas in both actions, and Malerba and Malerba's Silver City Tire Co. appealed.[2]

We have carefully reviewed the claims of error, which primarily attack the factual findings of the trial court, and find them to be without merit. This court does not, and will not, retry facts found by the trial court that are amply supported by the evidence and are not clearly erroneous. See *Hobby* v. *Feldman,* 2 Conn. App. 696, 697, 482 A.2d 1226 (1984).

There is no error.

[2] These appeals, originally filed in the Supreme Court, were transferred to this court. General Statutes § 51-199 (c).